**FILED**
OCT 12 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUANITA JAVIER,<br><br>　　　　　Defendant. | Case No. 17CR2034-BEN<br><br>**Superseding**<br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1325, Title 18 U.S.C. Sec. 2<br>- Aiding and Abetting Illegal<br>Entry of an Alien |

The United States Attorney charges:

On or about June 30, 2017, within the Southern District of California, defendant JUANITA JAVIER, aided and abetted the illegal entry of Celestino Fortino Hernandez Vazquez, an alien who unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, or eluded examination and inspection by immigration officers, or attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor and Title 18, United States Code, Section 2.

DATED: 10-11-17　　　　　　.

ALANA W. ROBINSON
Acting United States Attorney

STACEY H. SULLIVAN
Assistant U.S. Attorney

*:*:10/11/17